The Home Insurance Company of the City of New York, a corporation, Plaintiff in Error, v. Ida H. Redding and Joseph H. Redding, her husband, Defendants in Error.

Division B.

Writ of error to Circuit Court, Jefferson county; John W. Malone, Judge.

A. W. Cockrell & Son for plaintiff in error.

T. L. Clarke for defendants in error.

This action was brought by the defendants in error against the plaintiff in error. There was judgment for the plaintiffs, and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*